OPINION — AG — ** DISPOSITION OF PROPERTY — STATE AGENCY ** OPINION DEALS WITH A STATE AGENCY TAKING OVER PROPERTY OWNED BY ANOTHER STATE AGENCY VIA LEGISLATION AND THE DISPOSITION OF THE PROPERTY. (TAFT STATE HOSPITAL, NEGRO INSANE HOSPITAL, FACILITIES, SELLING) CITE: 10 O.S. 206.1 [10-206.1], 43A O.S. 31 [43A-31], 43A O.S. 32 [43A-32], 43A O.S. 8 [43A-8], 74 O.S. 581 [74-581] (J. H. JOHNSON)